UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WIRELESSWERX IP, LLC,

                Plaintiff,          25-cv-4617 (JGK)

    - against -              ORDER

SPYTEC GPS, INC,

                Defendant.

JOHN G. KOELTL, District Judge:

    The complaint was filed on June 2, 2025. Under Federal Rule of Civil Procedure 4(m), the time to serve the defendant was September 1, 2025.

    The time to serve the defendant is extended to **October 1, 2025.** If the plaintiff does not serve the defendant by that time, the complaint may be dismissed without prejudice for failure to serve.

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                            John G. Koeltl
                                  United States District Judge