UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WIRELESS WERX, LLC,

                Plaintiff(s)

                25 civ 4617 (JGK)

    -against-

SPYTEE GPS, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for September 23, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 15, 2025